IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JAMES LAWTON,<br><br>Defendant. | CR 09–16–BU–DWM<br><br><br><br>ORDER |

Defendant Robert James Lawton's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 56.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion, (Doc. 56), is GRANTED. As of the date of this Order, Defendant's supervision is terminated. Defendant remains subject to sex offender registration obligations as required by state and federal law.

DATED this 17th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court